## BARNETT *v.* NEVADA.

No. 48, Misc.   Decided May 22, 1967.

Petitioner *pro se.*

*Harvey Dickerson,* Attorney General of Nevada, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Nevada for further consideration in light of *Anders* v. *California,* 386 U. S. 738, and *Long* v. *District Court of Iowa in and for Lee County,* 385 U. S. 192.